Dean P. Sperling
State Bar No. 82936
LAW OFFICE OF DEAN P. SPERLING
114 Pacifica, Suite 250
Irvine, California 92618
(949) 333-6540

Attorneys for Defendant, US Bank National Association sued herein as US Bank N.A.

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| JOSE ESTRADA,<br><br>    Plaintiff<br><br>vs.<br><br>US BANK, N.A.; AND DOES 1 - 10,<br><br>    Defendants | Case No.: 2:18-cv-01361 - RGK-AFM<br><br>Judge R. Gary Klausner<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Date:      November 19, 2018<br>Time:     9:00 a.m.<br>Courtroom: 850 |

The Court having granted the Motion of Defendant, US Bank National Association sued herein as US Bank N.A. ("Defendant") for Summary Judgment,

**IT IS ORDERED AND ADJUDGED** that Plaintiff Jose Estrada take nothing and that his Complaint be dismissed on the merits and in Defendant's favor, with Defendants to recover their costs and attorneys' fees upon further motion to be filed.

Dated: February 20, 2019

                                                         _____
                                                         R. Gary Klausner, Judge of the United States District Court for the Central District of California

C:\Users\sharonlwilliams\AppData\Local\Temp\notes95E17C\Proposed Judgment in Favor of Defendant.wpd